PEOPLE v. CONGDON.

1. INTOXICATING LIQUORS—DRUGGISTS—UNLAWFUL SALE.

A druggist, who habitually sells intoxicating liquors as a beverage, may be prosecuted under the local option act or general liquor law for keeping a place where intoxicating liquors are sold unlawfully.

2. CRIMINAL LAW—INTOXICATING LIQUORS—TESTIMONY—BILL OF PARTICULARS.

In a prosecution for keeping a place where intoxicating liquors are sold unlawfully, the prosecutor is not bound to furnish a bill of particulars of the testimony upon which he relies.

Exceptions before judgment from Van Buren; Carr, J. Submitted April 21, 1904. (Docket No. 1.) Decided July 7, 1904.

J. L. Congdon was convicted of violating the local option law. Affirmed.

*Thomas J. Cavanaugh* and *Cook & Donovan*, for appellant.

*Charles A. Blair*, Attorney General, and *David Anderson*, Prosecuting Attorney, for the people.

HOOKER, J. The impression seems to exist in the minds of some of the profession that one who professes to

keep a drug store, giving a bond as a druggist, may, to all intents and purposes, keep a saloon, or habitually sell liquor as a beverage, without being liable, under the local option act or general liquor law for keeping a place where intoxicating liquor is sold as a beverage unlawfully. This is a misapprehension, as we have repeatedly shown by decided cases. *Anderson* v. *Van Buren Circuit Judge*, 130 Mich. 697 (90 N. W. 692); *People* v. *Remus*, 135 Mich. 629 (98 N. W. 397); *People* v. *Robinson*, 135 Mich. 511 (98 N. W. 12); *People* v. *Shuler*, 136 Mich. 161 (98 N. W. 986).

We know of no case that holds that, where one is charged with the statutory offense of keeping a place where intoxicating liquors are sold as a beverage, the prosecutor is obliged to furnish a bill of particulars of the testimony upon which he will rely to prove the charge. See *People* v. *Remus*, supra; *People* v. *McKinney*, 10 Mich. 54, 92.

We think it unnecessary to allude to other questions, all of which are covered by our decisions.

The judgment is affirmed.

The other Justices concurred.